UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x          1:22-cv-09184 (NRB)

Aromatherapy Associates, Inc.

                              Plaintiff.

        - against -

Birchbox, Inc. and FemTec Health,

                              Defendants.
-----------------------------------------------------------------x

**JUDGMENT OF DEFAULT**

       **WHEREAS** this matter came before the Court on Plaintiff Aromatherapy Associates, Inc's application for entry of a default judgment against Defendants Birchbox Inc. and FemTec Health under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and

       **WHEREAS** Plaintiff filed an application for entry of default judgment seeking $414,195.08 in damages, $10,000 in attorneys' fees, and $1,298.80 in costs; it is hereby

       **ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); and it is hereby

2

**ORDERED** that Defendants shall pay $414,195.08 in damages; and it is hereby

**ORDERED** that Defendants shall pay $10,000.00 in attorneys' fees and $1,298.80 in costs pursuant to Fed. R. Civ. P 54(d); and it is hereby

**ORDERED,** that Defendants shall pay post-judgment interest under 28 U.S.C.A.§ 1961; and it is hereby

**ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is hereby

**ORDERED** that the Clerk of the Court shall terminate all pending motions and close the case.

Dated: July 31, 2023

**SO ORDERED.**

Hon. Naomi Reice Buchwald
United States District Judge

2